(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

FILED BY _PG_ D.C.

NOV 26 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: _____

_Morley Napoleon Kent_

(Enter the full name of the plaintiff in this action)

v.

_Gate House Media LLC - et Al_

_Palm Beach Post_

_Channel Twelve News_

_____

_____

(Above, enter the full name of the defendant(s) in this action)

cat / div _550/1983/WPB_
Case # _____
Judge _____ Van Reid
Motn ifp _YES_  Fee pd $ _0_
Receipt # _____

## A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

Instructions for Filing:

This packet includes four copies of the complaint form and two copies of the Application to Proceed without Prepayment of Fees and Affidavit. To start an action you must file an original and one copy of your complaint for the court and one copy for each defendant you name. For example, if you name two defendants, you must file the original and three copies of the complaint (a total of four) with the court. You should also keep an additional copy of the complaint for your own records. All copies of the complaint must be identical to the original.

Your complaint must be legibly handwritten or typewritten. Please do not use pencil to complete these forms. The plaintiff must sign and swear to the complaint. If you need additional space to answer a question, use an additional blank page.

Your complaint can be brought in this court only if one or more of the named defendants is located within this district. Further, it is necessary for you to file a separate complaint for each claim that you have unless they are all related to the same incident or issue.

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

There is a filing fee of $350.00 for this complaint to be filed. If you are unable to pay the filing fee and service costs for this action, you may petition the court to proceed in forma pauperis.

Two blank Applications to Proceed without Prepayment of Fees and Affidavit for this purpose are included in this packet. Both should be completed and filed with your complaint.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS.

When these forms are completed, mail the original and the copies to the Clerk's Office of the United States District Court, Southern District of Florida, 400 North Miami Avenue, Room 8N09, Miami, Florida 33128-7788.

I.    Parties

In Item A below, place your name in the first blank and place your present address in the third blank.

A.    Name of plaintiff: _Morley Napoleon Kent_

Inmate #: _018-9158_

Address: _P.O. Box 1450 Belle Glade, Fl 33430_

In Item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use Item C for the names, positions, and places of employment for any additional defendants.

B.    Defendant: _Gate House Media LLC_

is employed as _Palm Beach Post_

at _2751 South Dixie Hwy, West Palm Beach Fl 33405-1233_

C.    Additional Defendants: _Chanel twelve New Station_

_1100 Fairfield Drive_

_West Palm Beach, FL 33407_

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

## II.   Statement of Claim

State here as briefly as possible the <u>facts</u> of your case.  Describe how each defendant is involved.  Include also the names of other persons involved, dates, and places.

Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an additional blank page if necessary.

On or About 4-8-19 I was placed in the News paper without my cosent alledgily being An murder from the act of Police misconduct, which is not true, misrepresentation of my person causing me more mental injuries, And I cant take back whats been said about Me in the palm Beach post on or About 4-8-19.

Also Chanel twelve New broadcasted me on Tellavision as A Murder suspect for A crim I Did not commit and without my permission causing more mental injuries, on 4-8-19

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

_____

_____

_____

_____

_____

_____

### III.   Relief

State briefly exactly what you want the court do to do for you. Make no legal arguments. Cite no cases or statutes.

im askin The court To award Plaintiff money
Damages; Punitive Damages of 8.7 million;
Compensatory Damage of 10.6 million and actual
Damages in 6.7 million from Palm Beach Post
Also im asking The Honorbel court To award
Plaintiff money Damages of 10.5 compensatory
Damages; 6.5 in actual Damages and 12.5
Punitive Damages from CHanel Twelvel News
Station

### IV.   Jury Demand

Do you demand a jury trial?  ☐ Yes  ☑ No

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

Signed this ~~10~~-30-~~19~~ day of _Octobeſ_____, 20 _19_

_Merluy  R. Kert_
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct. *(optional)*

Executed on: _10 - 30 - 19_

_Morlij  R. Kert_
(Signature of Plaintiff)



Morley Kent 018758
West Detention Center
P.O. Box 1450
Belle Glade, FL 33430

USMS INSPECTED
by

UNITED STATES POSTAGE
PITNEY BOWES
02 1P     $ 000.80⁰
0001970288  NOV 19 2019
MAILED FROM ZIP CODE 33406

OFFICE OF THE CLERK
Room 8N09
400 North Miami Ave
Miami, FL 33128-7716